No. 359. CHINESE CONSOLIDATED BENEVOLENT ASSN., INC. *v.* SECURITIES & EXCHANGE COMMISSION. · October

13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. MR. JUSTICE DOUGLAS took no part in the consideration and decision of this application. *Mr. William M. Chadbourne* for petitioner. *Assistant Solicitor General Fahy* and *Messrs. Richard H. Demuth, Chester T. Lane, Christopher M. Jenks,* and *John T. Davis* for respondent. ▮